1
2
3
4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  UNITED STATES OF AMERICA,<br><br>8                    Plaintiff,<br><br>9       v.<br><br>10 OSCAR ACOSTA-NAVARRETE,<br><br>11                   Defendant. | NO:  13-CR-2096-TOR<br><br>ORDER DISMISSING INDICTMENT |

A sentencing hearing was held in related case *United States v. Oscar Acosta-Navarrete;* 13-CR-2094-TOR-1 on February 25, 2014, in Yakima, Washington. During the hearing the government orally moved the court to dismiss the Indictment in this cause of action pursuant to the plea agreement. Hearing no objection from the Defendant, the Court finds good cause shown and grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

ORDER DISMISSING INDICTMENT ~ 1

Accordingly, IT IS HEREBY ORDERED:

The government's oral motion to dismiss the indictment in *United States v. Oscar Acosta-Navarrete; 13-CR-2096-TOR* is **GRANTED** and the indictment is dismissed.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel and the U.S. Probation Office, and close the file.

**DATED** February 25, 2014.



　　　　　　　　　　　　　THOMAS O. RICE
　　　　　　　　　　　　United States District Judge

ORDER DISMISSING INDICTMENT ~ 2